✎AO 241
(Rev. 12/04)

RECEIVED

2007 NOV 21

U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Page 2

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF**
**HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

| United States District Court | District: MIDDLE |
|---|---|
| Name (under which you were convicted): DEAN ERIC MAHONE | Docket or Case No.: 3:07-CV-1027-WKN 07-500-CV-F-E |
| Place of Confinement : Bullock Correctional Facility | Prisoner No.: 214209 |
| Petitioner (include the name under which you were convicted) DEAN E. MAHONE | Respondent (authorized person having custody of petitioner) WILLIE THOMAS |
| The Attorney General of the State of | v. |

**PETITION**

1.    (a) Name and location of court that entered the judgment of conviction you are challenging:

● Circuit Court of Russell County, Alabama.

(b) Criminal docket or case number (if you know):

2.    (a) Date of the judgment of conviction (if you know): January 31, 2001

(b) Date of sentencing: February 20, 2001

3.    Length of sentence: 30 Years

4.    In this case, were you convicted on more than one count or of more than one crime?    ☐ Yes  ☑ No

5.    Identify all crimes of which you were convicted and sentenced in this case: Attempted Murder

6.    (a) What was your plea? (Check one)

☑ (1)  Not guilty        ☐ (3)  Nolo contendere (no contest)

☐ (2)  Guilty            ☐ (4)  Insanity plea

✎AO 241
(Rev. 12/04)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

(c) If you went to trial, what kind of trial did you have? (Check one)

    ☑ Jury    ☐ Judge only

7.    Did you testify at a pretrial hearing, trial, or a post-trial hearing?

    ☑ Yes    ☐ No

8.    Did you appeal from the judgment of conviction?

    ☑ Yes    ☐ No

9.    If you did appeal, answer the following:

(a) Name of court: ALabama court of Appeals

(b) Docket or case number (if you know):

(c) Result: affirmed

(d) Date of result (if you know):

(e) Citation to the case (if you know):

(f) Grounds raised: insufficiate Evidence

(g) Did you seek further review by a higher state court?    ☐ Yes    ☑ No

If yes, answer the following:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Result:

(4) Date of result (if you know):

✎AO 241
(Rev. 12/04)

(5) Citation to the case (if you know):

(6) Grounds raised:

(h) Did you file a petition for certiorari in the United States Supreme Court?    ☐ Yes    ☑ No

If yes, answer the following:

(1) Docket or case number (if you know):

(2) Result:

(3) Date of result (if you know):

(4) Citation to the case (if you know):

10.    Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions

concerning this judgment of conviction in any state court?    ☑ Yes    ☐ No

11.    If your answer to Question 10 was "Yes," give the following information:

(a)    (1) Name of court: ALabama Court of appeals

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding: RULE 32.

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☑ No

(7) Result:

(8) Date of result (if you know):

✎AO 241
(Rev. 12/04)

(b) If you filed any second petition, application, or motion, give the same information:

    (1) Name of court:

    (2) Docket or case number (if you know):

    (3) Date of filing (if you know):

    (4) Nature of the proceeding:

    (5) Grounds raised:

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ❒  Yes   ❒  No

    (7) Result:

    (8) Date of result (if you know):

(c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court:

    (2) Docket or case number (if you know):

    (3) Date of filing (if you know):

    (4) Nature of the proceeding:

    (5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☐ No

(7) Result:

(8) Date of result (if you know):

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:    ☑ Yes    ☐ No

(2) Second petition:    ☐ Yes    ☐ No

(3) Third petition:    ☐ Yes    ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

12.    For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE:** The court Lacked jurisdiction to convict.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Petitioner was convicted of attempted murder which is not included in the indictment, therefor petitioner is serving 30 years for a crime for which he was never indicted nor tried. Petitioner was indicted and tried for intentional murder, only.

(b) If you did not exhaust your state remedies on Ground One, explain why:

✎AO 241
(Rev. 12/04)

(c)     **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ☐ Yes     ☑ No

(2) If you did not raise this issue in your direct appeal, explain why:

I never talked with my appeals Attorney, never.

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes     ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:   RULE 32 -

Name and location of the court where the motion or petition was filed:

Circuit Court of Russell county, Alabama.

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?     ☐ Yes     ☑ No

(4) Did you appeal from the denial of your motion or petition?     ☑ Yes     ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?     ☑ Yes     ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:   Alabama court of appeals

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

AO 241
(Rev. 12/04)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: Alabama Supreme Court, Middle district of Alabama.

**GROUND TWO:** The court violated petitioner's constitutional rights.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Petitioner was never put on notice of the charge for which he is convicted of "attempted Murder.

(b) If you did not exhaust your state remedies on Ground Two, explain why:

(c)     **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ☐ Yes     ☑ No

(2) If you did not raise this issue in your direct appeal, explain why:

I never talk with appeal attorney, never.

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes     ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Rule 32.

Name and location of the court where the motion or petition was filed:

Circuit court of Russell County, Alabama

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available): affirmed

(3) Did you receive a hearing on your motion or petition?                                     ☐ Yes      ☑ No

(4) Did you appeal from the denial of your motion or petition?                                ☑ Yes      ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?        ☑ Yes      ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Alabama court of appeals

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available): affirmed

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)      **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you :

have used to exhaust your state remedies on Ground Two Alabama Supreme court, Middle district, of Alabama.

**GROUND THREE:** The sentence or conviction was illegal.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The trial court amended the charge without the consent of the defendant.

✎AO 241
(Rev. 12/04)

(b) If you did not exhaust your state remedies on Ground Three, explain why?

(c)     **Direct Appeal of Ground Three:**

      (1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☑ No

      (2) If you did not raise this issue in your direct appeal, explain why:

      never talk to the appeal attorney, never.

(d)     **Post-Conviction Proceedings:**

      (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

      ☑ Yes    ☐ No

      (2) If your answer to Question (d)(1) is "Yes," state:

      Type of motion or petition:   RULE 32.

      Name and location of the court where the motion or petition was filed:

      Circuit Court of Russell County, Alabama

      Docket or case number (if you know):

      Date of the court's decision:

      Result (attach a copy of the court's opinion or order, if available):

      (3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☑ No

      (4) Did you appeal from the denial of your motion or petition?    ☑ Yes    ☐ No

      (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☑ Yes    ☐ No

      (6) If your answer to Question (d)(4) is "Yes," state:

      Name and location of the court where the appeal was filed:   Alabama Court of appeals

      Docket or case number (if you know):

      Date of the court's decision:

      Result (attach a copy of the court's opinion or order, if available):   affirmed

✎AO 241
(Rev. 12/04)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Three:  Alabama Supreme Court,
Middle district of Alabama.

**GROUND FOUR:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) If you did not exhaust your state remedies on Ground Four, explain why:

(c)    **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?       ❏  Yes    ❏  No

(2) If you did not raise this issue in your direct appeal, explain why:

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

❏  Yes    ❏  No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

✎AO 241
(Rev. 12/04)

Name and location of the court where the motion or petition was filed:


Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):


(3) Did you receive a hearing on your motion or petition?　　　　　　　❐　Yes　　❐　No

(4) Did you appeal from the denial of your motion or petition?　　　　　❐　Yes　　❐　No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?　❐　Yes　　❐　No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:


Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):


(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:


(e)　　　**Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Four:

✎AO 241
(Rev. 12/04)

13.     Please answer these additional questions about the petition you are filing:

    (a)     Have all grounds for relief that you have raised in this petition been presented to the highest state court

        having jurisdiction?  ☑ Yes     ☐ No

        If your answer is "No," state which grounds have not been so presented and give your reason(s) for not

        presenting them:

    (b)     Is there any ground in this petition that has not been presented in some state or federal court?  If so,

        ground or grounds have not been presented, and state your reasons for not presenting them:

14.     Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction

    that you challenge in this petition?     ☑ Yes     ☐ No

    If "Yes," state the name and  location of the court, the docket or case number, the type of proceeding, the issues

    raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy

    of any court opinion or order, if available.  The court, middle district of Alabama, the Court of Appeals Eleventh circuit. The issues; all the same.

15.     Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for

    the judgment you are challenging?     ☑ Yes     ☐ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the

    raised.  The court of appeals, Eleventh circuit. Notice of appeals NO. 07-14156-A

16.  Give the name and address, if you know, of each attorney who represented you in the following stages of the
judgment you are challenging:

(a) At preliminary hearing:  Wayne Johnson

(b) At arraignment and plea:  Wayne Johnson

(c) At trial:  Wayne Johnson

(d) At sentencing:  Wayne Johnson

(e) On appeal:  Jeremy Armstrong

(f) In any post-conviction proceeding:  Pro se.

(g) On appeal from any ruling against you in a post-conviction proceeding:  Pro se.

17.  Do you have any future sentence to serve after you complete the sentence for the judgment that you are
challenging?          ☐ Yes     ☑ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the
future?          ☐ Yes     ☑ No

18.  TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain
the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

Petitioner was sent to a private prison in Mississippi
due to the overcrowding in Alabama, without the use of
a law library or law books.

✎AO 241
(Rev. 12/04)

28 U.S.C. 2244(d)(1)(B)

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C.  § 2244(d) provides in

part that:

    (1)      A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody  pursuant to the judgment of a State court.  The limitation period shall run from the latest of -

        (A)      the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

        (B)      the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

        (C)      the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

        (D)      the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

✎AO 241
(Rev. 12/04)

     (2)      The time during which a properly filed application for State post-conviction or other collateral review
with respect to the pertinent judgment or claim is pending shall not be counted toward any period of
limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: *Certificate of appealability for a habeas corpus*

or any other relief to which petitioner may be entitled. *automatic reversal...*

_____

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for

Writ of Habeas Corpus was placed in the prison mailing system on ___10-14-07___ (month, date, year).

Executed (signed) on ___10-14-07___ (date).

*Dean E. Mahone*
_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

IN FORMA PAUPERIS DECLARATION

*United States District Court*

[insert appropriate court]

* * * * *

36101+0711-11 B007

OFFICE OF THE CLERK
United States District Court
P.O. BOX 711
Montgomery, AL. 36101-0711



$ 00.92
02 1M    NOV 20 2007
000421910410
MAILED FROM ZIP CODE 36089
PITNEY BOWES
UNITED STATES POSTAGE

DEAN E. MALONE
214209
P.O. BOX 5107
Union Springs, AL.
36089