# Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis

United States Court of Appeals for the Eleventh Circuit

Court of Appeals No. 07-14156-A

v.

District Court No. 3:07-CV-1027-WKW

RECEIVED 2007 NOV 21 A 9:43
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C § 1621.)

Signed: Donn E. Johnson

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: 9-27-07

My issues on appeal are:

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Self-employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Income from real property (such as rental income) | $ 0 | $ 0 | $ 0 | $ 0 |
| Interest and dividends | $ 0 | $ 0 | $ 0 | $ 0 |
| Gifts | $ 0 | $ 0 | $ 0 | $ 0 |
| Alimony | $ 0 | $ 0 | $ 0 | $ 0 |
| Child support | $ 0 | $ 0 | $ 0 | $ 0 |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ 0 | $ 0 | $ 0 |
| Disability (such as social security, insurance payments) | $ 0 | $ 0 | $ 0 | $ 0 |
| Unemployment payments | $ 0 | $ 0 | $ 0 | $ 0 |
| Public-assistance (such as welfare) | $ 0 | $ 0 | $ 0 | $ 0 |
| Other (specify): N/A | $ 0 | $ 0 | $ 0 | $ 0 |
| Total monthly income: 0 | $ 0 | $ 0 | $ 0 | $ 0 |

| Name | Relationship | Age |
|---|---|---|
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

|  | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) Are real-estate taxes included? ☒Yes ☐No  Is property insurance included? ☒Yes ☐No | $ 0 | $ 0 |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 0 | $ 0 |
| Home maintenance (repairs and upkeep) | $ 0 | $ 0 |
| Food | $ 0 | $ 0 |
| Clothing | $ 0 | $ 0 |
| Laundry and dry-cleaning | $ 0 | $ 0 |
| Medical and dental expenses | $ 0 | $ 0 |
| Transportation (not including motor vehicle payments) | $ 0 | $ 0 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ 0 |
| Insurance (not deducted from wages or included in mortgage payments) | $ 0 | $ 0 |
|    Homeowner's or renter's | $ 0 | $ 0 |
|    Life | $ 0 | $ 0 |
|    Health | $ 0 | $ 0 |
|    Motor Vehicle | $ 0 | $ 0 |
|    Other: N/A | $ 0 | $ 0 |
| Taxes (not deducted from wages or included in mortgage payments) (specify): none | $ 0 | $ 0 |
| Installment payments | $ 0 | $ 0 |
|    Motor Vehicle | $ 0 | $ 0 |
|    Credit card (name): none | $ 0 | $ 0 |
|    Department store (name): none | $ 0 | $ 0 |
|    Other: N/A | $ 0 | $ 0 |
| Alimony, maintenance, and support paid to others | $ 0 | $ 0 |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ 0 | $ 0 |
| Other (specify): none | $ 0 | $ 0 |
| Total monthly expenses: | $ 0 | $ 0 |

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
BULLOCK CORRECTIONAL FACILITY

AIS #: 214209        NAME: MAHONE, DEAN                            AS OF: 10/01/2007

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| OCT | 30 | $2.45 | $0.00 |
| NOV | 30 | $2.45 | $0.00 |
| DEC | 31 | $2.45 | $0.00 |
| JAN | 31 | $2.45 | $0.00 |
| FEB | 28 | $9.59 | $100.00 |
| MAR | 31 | $14.22 | $0.00 |
| APR | 30 | $3.93 | $0.00 |
| MAY | 31 | $3.93 | $0.00 |
| JUN | 30 | $0.92 | $0.00 |
| JUL | 31 | $6.78 | $75.00 |
| AUG | 31 | $2.31 | $0.00 |
| SEP | 30 | $1.91 | $50.00 |
| OCT | 1 | $0.48 | $0.00 |

DEAN E. Malone
214209
P.O. BOX 5107
Union Springs, AL.
36089



OFFICE OF THE CLERK
United States District Court
P.O. BOX 711
Montgomery, AL. 36101-0711

36101+0711-11 B007