IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | | |
|---|---|---|
| DEAN E. MAHONE, #214 209 | * | |
| Petitioner, | * | |
| v. | * | 3:07-CV-1027-WKW |
| WILLIE THOMAS, WARDEN, *et al.*, | * | |
| Respondents. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's Motion for Leave to Proceed *In Forma Pauperis*, and for good cause, it is

ORDERED that the motion (*Doc. No. 2*) be and is hereby GRANTED.

DONE, this 28th day of November 2007.

    /s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE