IN THE UNITED STATYES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

DEAN E. MAHONE, #214209
    PETITIONER,

V.                                          3:07-CV-1027-WKW
                                                 (WO)

WILLIE THOMAS, WARDEN,
    RESPONDENT,

    Objection to Magistrate Judge's recommendation: Petitioner argues that the Petition he filed in December of 2004 was indeed dismissed as time-barred so it was never adjudicated on the merits this would make Petitioner second Petition which was denied on the 22nd day of August, 2007 not a sucessive Petition, Slack v. Mc-Daniel, 146 L. Ed. 2d 542 (2000), a prior Petition that was not adjudicated on its merits is not a sucessive Petition.

    Petitioner argues that it was plain error on the courts part to dismiss his Petition as time-barred for the issues where clearly jurisdictional and constitutional, for Petitioner was convicted of a crime in which he was niether indicted nor tried for, for Attempted Murder is not a lesser included offense of Intentional Murder, not in the State of Alabama, this again is clearly a jurisdiction violates as well as numerious constitutional violations.

    Petitioner argues that pursuant to 28 U.S.C.S. 2253, courts should be more concerned with (preserving) the rights of a Petitioner than with legal technicalities. See: Johnson v. United States, 137 L. Ed 2d 718.

## CONCLUSION

To determine whether Petitioner was convicted in state court of a crime not set forth in charging instrument, in violation of the due process clause, federal courts look to the law of the state where conviction was entered. See: 13A-1-9(2)(a)(2) "Please."

Respectfully Submitted,

Dean E. Mahone, Petitioner
Bullock Correctional Facility
Post Office Box 5107
Union Springs, Alabama 36089

## CERTIFICATE OF SERVICE

I hereby certify that this 7th day of DECEMBER, 2007 I have served a copy of the foregoing to the United States District Court for the Middle District of Alabama via US Mail, postage pre-paid, by placing same in legal mail.

Dean E. Mahone, Petitioner
Post Office Box 5107
Union Springs, Alabama 36089

Dean E. Mahone
214209-I1-20B
P.O. Box 5107
Union Springs, AL
36089

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, AL. 36101-0711



$00.41
DEC 11 2007
MAILED FROM ZIP CODE 36089